AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| Robert M. Vance <br> *Plaintiff* <br> v. <br> Mead Westvaco Corp <br> *Defendant* | Case No.  3:11-cv-1443 (NAM/DEP) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Robert M. Vance

Date: 04/17/2013

*Attorney's signature*

Peter M. Hartnett 101931
*Printed name and bar number*

Craig J. Billinson & Associates
342 South Salina St.
Syracuse, NY  13202

*Address*

phartnett@bwattorneys.com
*E-mail address*

(315) 471-6265
*Telephone number*

(315) 474-3153
*FAX number*